No. ——

First Circuit

BARBERA v. MARQUETTE BROTHERS ET AL

(June 7, 1927. Opinion and Decree.)
(June 28, 1927. Rehearing Refused.)
(See Blanchard v. Marquette Brothers et al, ported on Page 49.)

LECHE, J. The issues in this case are the same as in Blanchard vs. the same defendant, this day decided.

For the reasons therein stated, the judgment on appeal in this case is affirmed.